No. 200. SIGMOND ORNSTINE, PLAINTIFF IN ERROR, *v.* W. J. CARY. In error to the Supreme Court of the State of Wisconsin. Argued January 31, 1907. Decided February 25, 1907. *Per Curiam:* Dismissed for the want of jurisdiction. *DeWolf* v. *Johnson,* 10 Wheat. 386; *Missouri, Kansas and Texas Trust Company* v. *Krumseig,* 172 U. S. 351; *Louisville and Nashville Railroad Company* v. *Kentucky,* 161 U. S. 677, 700; *Frisbie* v. *United States,* 157 U. S. 160; *Lawton* v. *Steele,* 152 U. S. 133; *Dunham* v. *Gould,* 16 Johnson, 378; *Commonwealth* v. *Danziger,* 176 Massachusetts, 290; *Ex parte Berger,* 193 Missouri, 16; case below, *State* v. *Cary,* 126 Wisconsin, 135, and see *State* v. *Kreutzberg,* 114 Wisconsin, 530. *Mr. E. M. McVicker* for plaintiff in error. *Mr. A. C. Titus* and *Mr. L. M. Sturdevant* for defendant in error.

No. 386. KATHARINE TODD STEARNS ET AL., APPELLANTS, *v.* JAMES E. TODD ET AL. Appeal from the Circuit Court of the United States for the Western District of Virginia. Submitted January 28, 1907. Decided February 25, 1907, *Per Curiam:* Decree affirmed with costs. *Wheless* v. *St. Louis et al.,* 180 U. S. 379, 382; *Miller* v. *Clark,* 138 U. S. 223. *Mr. James Bumgardner, Jr.,* and *Mr. C. S. W. Barnes* for appellants. *Mr. Charles Curry* for appellees.